**99–1407.  State ex rel. Morgan v. Newlin.**

In Mandamus. On answer of respondent and on motion for judgment on pleadings. Answer treated as motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**99–1433.  Johnson v. Ohio Adult Parole Auth.**

In Habeas Corpus. On petition for writ of habeas corpus by Anthony L. Johnson. *Sua sponte,* cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**99–1465.  Thompson v. Fifth Dist. Court of Appeals.**

In Procedendo. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**99–1595.  Groce v. Lazaroff.**

In Habeas Corpus. On petition for writ of habeas corpus by Ronald Groce. *Sua sponte,* cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**99–1606.  In re Petition for a Writ of Habeas Corpus of Emery.**

In Habeas Corpus. On petition for writ of habeas corpus by Edward Emery. *Sua sponte,* cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**99–1610.  Arnold v. Greene Cty. Court of Common Pleas.**

In Habeas Corpus. On petition for writ of habeas corpus by Wayman Arnold. *Sua sponte,* cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**99–1614.  Bush v. Money.**

In Habeas Corpus. On petition for writ of habeas corpus by Clyde Bush. *Sua sponte,* cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**99–1625.  Jackson v. Money.**

In Habeas Corpus. On petition for writ of habeas corpus by Gregory Jackson. *Sua sponte,* cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**99–1699.  State ex rel. Singh v. Capital Univ.**

In Mandamus. On complaint in mandamus by James Singh. *Sua sponte,* cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.